# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GALINDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00624-OWW-SMS PC<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH RULE 8(A), AND REQUIRING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT NOT TO EXCEED TWENTY-FIVE PAGES IN LENGTH<br><br>(Doc. 15)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Jesse Galindo is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2009, the Court dismissed Plaintiff's amended complaint, with leave to amend, for failure to state any claims upon which relief may be granted. On December 28, 2009, Plaintiff filed a second amended complaint ninety-eight pages in length. Plaintiff's second amended complaint violates Federal Rule of Civil Procedure 8(a), and the Court's screening order.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Plaintiff's second amended complaint is STRICKEN from the record for failure to comply with Rule 8(a);

　　　　2.　　Plaintiff has **thirty (30) days** from the date of service of this order within which to file a third amended complaint; and

///

1

3.     **The third amended complaint may not exceed twenty-five (25) pages in length, not including exhibits.**

IT IS SO ORDERED.

**Dated:    January 4, 2010**                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE