# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GALINDO, | CASE NO. 1:09-cv-00624-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK'S OFFICE TO FILE FOURTH AMENDED COMPLAINT |
| v. | |
| MATTHEW CATE, et al., | (Docs. 18 and 19) |
| Defendants. | |

    Plaintiff Jesse Galindo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 8, 2009.  On January 19, 2010, Plaintiff filed a third amended complaint in compliance with the screening order issued on January 4, 2010. On June 10, 2010, Plaintiff filed a motion seeking leave to amend, accompanied by a proposed fourth amended complaint.

    Good cause having been shown, Plaintiff's motion to amend is HEREBY GRANTED, and the Clerk's Office shall file in the fourth amended complaint.  (Docs. 18, 19.)

IT IS SO ORDERED.

**Dated:   November 23, 2010**         /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE