# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GALINDO,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00624-OWW-SKO PC<br><br>ORDER STRIKING PLAINTIFF'S UNSIGNED OBJECTION, AND DIRECTING CLERK'S OFFICE TO RETURN PLAINTIFF'S PROPOSED FIFTH AMENDED COMPLAINT<br><br>(Doc. 24)<br><br>ORDER EXTENDING OBJECTION DEADLINE TO JUNE 16, 2011<br><br>(Doc. 23) |

       Plaintiff Jesse Galindo is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2011, the Court screened Plaintiff's fourth amended complaint and recommended that this action be dismissed for failure to state any claims under section 1983. On May 13, 2011, Plaintiff filed an unsigned one page objection and submitted a proposed fifth amended complaint.

       The Court cannot accept unsigned filings and Plaintiff's objection shall be stricken from the record for lack of signature. Fed. R. Civ. P. 11(a); Local Rule 131. The Court will grant Plaintiff an extension of time to file another objection.

       Plaintiff's fifth amended complaint shall be returned to Plaintiff. At this stage in the proceedings, Plaintiff may not amend as a matter of right. Fed. R. Civ. P. 15(a). The Court has issued its recommendation following review of Plaintiff's fourth amended complaint. If Plaintiff

1  disagrees with the findings and recommendations, his recourse is limited to filing an objection.
2  **Plaintiff may not file another amended complaint in response to the findings and**
3  **recommendations.**
4      Accordingly, it is HEREBY ORDERED that:
5      1.   Plaintiff's unsigned objection is stricken from the record;
6      2.   The Clerk's Office shall return Plaintiff's proposed fifth amended complaint to him;
7           and
8      3.   The deadline to file an objection to the findings and recommendations is extended
9           to June 16, 2011.

11  IT IS SO ORDERED.
12  **Dated:   May 16, 2011**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE